Frank Zikes and Marie Zikes, appellees, v. Alois Benes and Marie Benes, appellants. Gen. No. 26,868.

Suit to foreclose a vendor's lien on real estate and, by an amended bill, for an accounting. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922. Rehearing denied January 30, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Sabath & Stafford and Edward J. Carmody, for appellants; Edward J. Carmody and Thomas M. Zasadil, Jr., of counsel. U. S. & C. K. Schwartz and Herbert A. Friedlich, for appellees; Ulysses S. Schwartz and Herbert A. Friedlich, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

S. C. Ferguson, appellee, v. John Hildreth, appellant. Gen. No. 26,886.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922.

Charles L. Cohns, for appellant. Weldon Webster, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Leo Polachek, appellee, v. C. H. Morgan Grocery Company, appellant. Gen. No. 26,911.

Action for personal injuries sustained by plaintiff in a collision between his motorcycle and defendant's delivery truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922.

Max Krauss, for appellant; Robert G. Dreffein, of counsel. King, Brower & Hurlbut, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

C. E. Canright, appellee, v. John D. Knapp, appellant. Gen. No. 26,923.

Action on a promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922.

A. H. Vollintine, for appellant. Aaron R. Eppstein, for appellee.

Mr. Justice Morrill delivered the opinion of the court.